```
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
 9                                   AT TACOMA

10  VINCENT HOPPER,
                                              Case No.  C05-5680RBL
11                Plaintiff,
                                              ORDER
12        v.

13  MICHAEL MELENDEZ, et al.,

14                Defendants.

15
```

16      This matter is before the court upon plaintiff's submission of a complaint without paying the required

17  filing fee or filing an application to proceed in forma pauperis.  The clerk wrote plaintiff a letter, dated October

18  20, 2005, explaining this deficiency.

19      Plaintiff shall either file the required application or pay the required filing fee ($250.00) by no later

20  than November 21, 2005.  Otherwise, the court will recommend denial of his application and dismissal of the

21  underlying matter as frivolous.

22      The Clerk is directed to mail a copy of this Order along with a blank IFP application form to plaintiff.

23      DATED this 7th day of November, 2005.

                                    */s/ J. Kelley Arnold*
                                    J. Kelley Arnold
                                    United States Magistrate Judge

ORDER
Page - 1