UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VINCENT DANIEL HOPPER,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE MYERS RECREATIONAL COACH NORTHWEST DETENTION CENTER *et al.*,<br><br>    Defendants. | Case No. C05-5680RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING DEFAULT |

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The motion for default is frivolous under the facts of this case and is **DENIED.**

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants who have now appeared and to the Hon. J. Kelley Arnold.

DATED this 30th day of March, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER