UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VINCENT DANIEL HOPPER,

    Plaintiff,

    v.

JOHN DOE MYERS RECREATIONAL COACH NORTHWEST DETENTION CENTER *et al.*,

    Defendants.

Case No. C05-5680RBL

ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING DEFENDANTS FIRST MOTION TO DISMISS

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants motion is **GRANTED** with regards to injunctive relief claims. Plaintiff lacks standing to seek injunctive relief as a result of his transfer out of the Northwest Detention Center. Injunctive claims are **DISMISSED WITH PREJUDICE**. The remainder of the motion is **DENIED.**

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants who have appeared and to the Hon. J. Kelley Arnold.

DATED this 20th day of June, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER