1
2
3
4
5
6
7

HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VINCENT DANIEL HOPPER,

Plaintiff,

v.

JOHN DOE MYERS RECREATIONAL COACH NORTHWEST DETENTION CENTER, et al,

Defendants.

Case No. C05-5680 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion to Reinstate the Injunctive Claims [Dkt. #85].

Having considered the entirety of the records and file herein, the Court rules as follows:

On June 21, 2006 this Court entered an Order Adopting Report and Recommendation Regarding Defendants' First Motion to Dismiss [Dkt. #82] dismissing plaintiff's claims for injunctive relief. Plaintiff has filed the instant motion to reinstate those claims. The Court construes the motion as a motion for reconsideration. The claims were initially dismissed because plaintiff had been transferred out of the Northwest Detention Center and therefore lacked standing to bring the claims. However, plaintiff has now been returned to the Northwest Detention Center and now has standing to bring claims for injunctive relief. It is therefore

**ORDERED** that plaintiff's motion [Dkt. #85] is **GRANTED**. Plaintiff may prosecute his claims against defendants for injunctive relief.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing

ORDER
Page - 1

1 | pro se.

2 | Dated this 8th day of September, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE