UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VINCENT DANIEL HOPPER,

    Plaintiff,

    v.

JOHN DOE MYERS RECREATIONAL COACH NORTHWEST DETENTION CENTER *et al*.,

    Defendants.

Case No. C05-5680RBL

ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING DEFENDANTS MOTION TO DISMISS

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Defendants motion is **DENIED** as to all defendant's except the Bureau of Immigration and Customs Enforcement, (BICE). BICE is dismissed from this action.

(3)     The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants who have appeared and to the Hon. J. Kelley Arnold.

DATED this 8th day of September, 2006.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER