UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VINCENT DANIEL HOPPER A.K.A.
ANTOLIN ANDREW MARKS,

    Plaintiff,

v.

MICHAEL MELENDEZ,

    Defendant.

Case No.  C05-5680RBL

ORDER GRANTING FILING
OF AN AMICUS BRIEF

    This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.  The only remaining defendant is Michael Melendez.  The remaining claims address the constitutionality of the telephone system available for plaintiff to make confidential legal or special calls.  All other defendants and all other claims were dismissed at summary judgment.  <u>See</u>, (Dkt. # 129 and 132).

    Before the court is a motion by a third party, Northwest Immigrants Rights Project, to file an amicus brief (Dkt. # 171).  The motion is **GRANTED**. The court will consider the brief filed with the motion at the time it considers the pending motion for summary judgment.

    The clerk's office is directed to send copies of this letter to plaintiff and to counsel for defendants.

    DATED this 23 day of October, 2007.

                                                        /S/ *J. Kelley Arnold*
                                                        J. Kelley Arnold
                                                         United States Magistrate