UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VINCENT DANIEL HOPPER, AKA
ANTOLIN MARKS

    Plaintiff,

  v.

MICHAEL MELENDEZ,

    Defendant.

Case No. C05-5680RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation [Dkt. #186], and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED**. Plaintiff claims relating to contact with consulates and prospective attorneys are **DISMISSED WITH PREJUDICE**.

(3) Plaintiff's claims relating to contact with counsel for the purpose of his ongoing deportation case are **DISMISSED WITHOUT PREJUDICE** as the claims implicates the propriety of the decision to incarcerate and deport the plaintiff.

(4) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants who have appeared and to the Hon. J. Kelley Arnold.

DATED this 16th day of November, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER