# United States District Court

WESTERN DISTRICT OF WASHINGTON

VINCENT DANIEL HOPPER a/k/a ANTOLIN MARKS

**JUDGMENT IN A CIVIL CASE**

v.

MICHAEL MELENDEZ

CASE NUMBER: C05-5680RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

This action is **DISMISSED**. Plaintiff claims relating to contact with consulates and prospective attorneys are **DISMISSED WITH PREJUDICE**.

Plaintiff's claims relating to contact with counsel for the purpose of his ongoing deportation case are **DISMISSED WITHOUT PREJUDICE** as the claims implicate the propriety of the decision to incarcerate and deport the plaintiff.

| | |
|---|---|
|   November 19, 2007 |     BRUCE RIFKIN     |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |