UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VINCENT DANIEL HOPPER A.K.A. ANTOLIN ANDREW MARKS, | Case No. C05-5680RBL |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL MELENDEZ, | |
| Defendant. | |

This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. This action was dismissed on November 16, 2007, by the District Court Judge (Dkt # 188). Judgment was entered on November 19, 2007, (Dkt # 189).

Mr. Marks now litigates under a sanction as a result of improper filings. As part of that sanction documents filed by Mr. Marks are submitted under seal for court review. Mr. Marks has filed three documents since the court's last order (Dkt. # 181, 186, and 187). Dkt. # 181 is an improper notice to the court. The court does not conduct business by "notice." **THE COURT ORDERS THIS DOCUMENT UNSEALED**.

Dkt. # 186 is an object to a Report and Recommendation. **THE COURT ORDERS THIS**

ORDER
Page - 1

**DOCUMENT UNSEALED**.

Dkt. # 187 is a response to an order to show cause why monetary sanctions should not be imposed. The court has considered the response. The number of improper filings, and over length filings in this case warrants sanctions. Sanctions will not be entered only because the action has been dismissed. Plaintiff is cautioned, the court will not tolerate any further improper filings in any of plaintiffs cases. **THE COURT ORDERS THIS DOCUMENT UNSEALED**.

The clerk's office is directed to send copies of this letter to plaintiff and to counsel for defendants.

DATED this 21 day of November, 2007.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate