HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VINCENT DANIEL HOPPER,

        Plaintiff,

    v.

MYERS, et al,

        Defendants.

Case No. C05-5680RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's "Request That You Consider Affirming Certain Facts Relative to Marks v. Melendez, 05-5680 RBL JKA". [Dkt. #200]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

This matter is currently on appeal, and, as such, the Court lacks jurisdiction to consider this motion. Plaintiff's "Request" is therefore **STRICKEN.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 23rd day of December, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE